UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jebrie Cross,

        Plaintiff,               Case Number: 26-cv-11567
                                    Honorable F. Kay Behm

v.

State of Michigan, et al.,

        Defendants.

_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Opinion and

Order entered on this date this cause of action is DISMISSED WITHOUT PREJUDICE.

                                  KINIKIA D. ESSIX
                                  CLERK OF THE COURT

                   BY:    s/Kourtney Collins

APPROVED:

s/F. Kay Behm
F. Kay Behm
United States District Judge